UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYDRIAN LOFTON,<br><br>            Plaintiff,<br>   v.<br><br>CHARLES A. WASSERMAN, JR., a married man as his sole and separate property; ORI DELI, a California limited liability company; PARJIT KAUR KHAIRA dba BONFARE MARKETS, INC. aka BONFARE MARKET 9; KHAIRA INTERNATIONAL, INC., a California corporation,<br><br>            Defendants. | Case No.: C 12-06312 PSG<br><br>**ORDER RE PLAINTIFF'S REQUEST FOR ADMINISTRATIVE RELIEF FROM SCHEDULING ORDER**<br><br>**(Re: Docket No. 20)** |

On March 11, 2013, Plaintiff Sydrian Lofton ("Lofton") requested administrative relief from the scheduling order for cases asserting denial of right of access under the Americans with Disabilities Act ("ADA"). The scheduling order requires that a site inspection take place no later than March 27, 2013. Lofton indicated that the parties were unable to arrange a time before that deadline for the site inspection to take place. Accordingly, no later than April 26, the parties are to arrange a site inspection if they have not already done so.

**IT IS SO ORDERED.**

Dated:                                                        _____
                                                              PAUL S. GREWAL
                                                              United States Magistrate Judge

1

Case No.: C 12-06312 PSG
ORDER